

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Latoya Sakeitha Erwin, Appellant

No. 06-18-00058-CR     v.

The State of Texas, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 114-1352-17). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. Concurring Opinion by Justice Burgess.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render a judgment of acquittal.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED APRIL 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk